CASTLEBERRY v. PRICE et al.    (No. 790.)

(Court of Civil Appeals of Texas.    Beaumont.
April 3, 1922.)

Trial ⬤═388(1)—Failure of trial court to file conclusions of law and fact held reversible error.

Failure of the trial court to file conclusions of law and fact after due motion by a party is reversible error.

Error from Nacogdoches County Court; J. M. Marshall, Judge.

Action between J. K. Castleberry and J. A. Price and others. From judgment for J. A. Price and others, J. K. Castleberry brings error. Reversed and remanded.

Harris & Harris, of Nacogdoches, for plaintiff in error.

J. W. Bates, of Nacogdoches, for defendants in error.

WALKER, J. This record contains no statement of facts. The trial was to the court without a jury. On due motion of plaintiff in error the trial court failed to file conclusions of law and fact, which is made to appear by a proper bill of exceptions. For the error thus assigned, this cause must be reversed and remanded for a new trial. Wandry v. Williams, 103 Tex. 91; 124 S. W. 85.